RECEIVED
JUN 26 2024
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:24-cr-048 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RUSSELL TAFRON WEATHERSPOON, | ) | T. 18 U.S.C. § 1343 |
| KARL ANDRE DIEUDONNE, | ) | T. 18 U.S.C. § 1349 |
| DEMONTE TEQUIS BRAZIL, | ) | T. 18 U.S.C. § 981(a)(1)(D) |
| ANTHONY CORTEZ JONES, and | ) | T. 28 U.S.C. § 2461(c) |
| GREGORY LAMAR SCORZA, | ) | |
| | ) | |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At all times relevant to this Indictment:

1. The defendants, RUSSELL TAFRON WEATHERSPOON, KARL ANDRE DIEUDONNE, DEMONTE TEQUIS BRAZIL, ANTHONY CORTEZ JONES, and GREGORY LAMAR SCORZA, were residents of Georgia and defendant, RUSSELL TAFRON WEATHERSPOON, was incarcerated in a Georgia State Prison facility.

## COUNT 1
**(Conspiracy to Commit Wire Fraud)**

2. Beginning on a date unknown to the Grand Jury, but no later than on or about April 14, 2023, and continuing until on or about April 29, 2024, in the Southern District of Iowa and elsewhere, the defendants, RUSSELL TAFRON WEATHERSPOON, KARL ANDRE DIEUDONNE, DEMONTE TEQUIS BRAZIL,

ANTHONY CORTEZ JONES, and GREGORY LAMAR SCORZA, and other conspirators, both known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury, to knowingly execute or attempt to execute a scheme and artifice to defraud and obtain money by means of materially false and fraudulent pretenses and representations and by concealing material facts, using and causing the use of interstate wire communications in furtherance of, and in an attempt to carry out, an essential step of the scheme, in violation of Title 18, United States Code, Section 1343.

### The Purpose of the Conspiracy

3. It was a purpose of the conspiracy that the defendants, RUSSELL TAFRON WEATHERSPOON, KARL ANDRE DIEUDONNE, DEMONTE TEQUIS BRAZIL, ANTHONY CORTEZ JONES, and GREGORY LAMAR SCORZA,

   a. devised a scheme to defraud as to material maters and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by intentionally concealing material facts;

   b. generate cash funds for each other through a telephone scheme that targeted victims in the medical field;

   c. phone calls were placed to victims who were informed through false and fraudulent pretenses that there was a valid arrest warrant, and a money bond could be paid to avoid being arrested;

    d. at no time were any of the victims in relation to the timeframe of the phone call, subpoenaed for a court hearing, failed to appear at a court hearing, or had a valid warrant for their arrest.

### The Manner and Means of the Conspiracy

The manner and means by which the conspiracy was to be accomplished included, but were not limited to, the following:

4. It was part of the scheme that defendant, RUSSELL TAFRON WEATHERSPOON, recruited individuals to contact victims, nearly all employed in the medical profession, to inform the victims that they had valid arrest warrants for failure to attend a court hearing after being subpoenaed to appear in court.

5. It was further part of the scheme that the callers conveyed the following false statement and misrepresentations as part of the scheme:

    a. The callers identified themselves as law enforcement officers who were employed in the same geographical area as the victim they contacted.

    b. The caller informed the victim that the victim was subpoenaed to testify in federal court and failed to appear.

    c. The caller informed the victim that a judge issued warrants for the victim's arrest for nonappearance at a federal trial.

    d. The caller informed the victim that a bond in varying amounts could be paid instead of being arrested.

e. The caller advised the victim to withdraw a certain dollar amount from the bank and meet at a specific location.

f. The caller instructed the victim to remain on the phone with the caller throughout the process of withdrawing money and driving to the meeting location.

g. Once at the meeting location, a different person approached to the victim, took money from the victim, and provided a handwritten receipt to the victim that included the victim's name, a case number and amount of money received.

6. It was further part of the scheme that defendant, RUSSELL TAFRON WEATHERSPOON, also recruited individuals to travel to cities in Iowa and other states across the United States to collect the bond payment from the victims who were fraudulently led to believe they were paying a bond in lieu of being arrested on a valid warrant.

7. It was further part of the scheme that following interstate wire communications were made in furtherance of the conspiracy:

| 8. Date | From | To | Message |
|---|---|---|---|
| 9/26/2023, 8:42am | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | Image: Map of Iowa |
| 9/26/2023, 8:42am | Scorza (626-949-8360) | Weatherspoon/Puncho (678-236-1025) | What's that |
| 9/26/2023, 8:44am | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | That's the map of where y'll at. |
| 9/26/2023, 2:09pm | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | Head to woodbury |
| 9/26/2023, 6:26pm | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | Total 34,820 |
| 9/26/2023, 6:26pm | Scorza (626-949-8360) | Weatherspoon (678-236-1025) | I'm suppose too only get 3700 out of the 16120? |
| 9/26/2023, 6:26pm | Scorza | Weatherspoon | I thought it was a 3d? |

| | (626-949-8360) | (678-236-1025) | |
| --- | --- | --- | --- |
| 9/26/2023, 6:28pm | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | Third out of 16120 |
| 9/26/2023, 6:28pm | Weatherspoon/ (678-236-1025) | Scorza (626-949-8360) | 5300 |
| 9/26/2023, 6:28pm | Weatherspoon (678-236-1025) | Scorza (626-949-8360) | That's what I gave Montana for u |
| 9/26/2023, 6:29pm | Scorza (626-949-8360) | Weatherspoon (678-236-1025) | Ight so I'm finna say sum |
| 9/27/2023, 3:39pm | Scorza (626-949-8360) | Weatherspoon (678-236-1025) | 323 E Burlington St Iowa city IA 52240 |

| Date | From | To | Message |
| --- | --- | --- | --- |
| 9/25/2023, 2:57am | Brazil (404-893-8714) | Scorza (470-850-0859) | Image: AirBNB door code |
| 9/25/2023, 12:08pm | Brazil (404-893-8714) | Scorza (470-850-0859) | When you get here |
| 9/25/2023, 12:09pm | Scorza (470-850-0859) | Brazil (404-893-8714) | 6 imma be in Des Moines |
| 9/25/2023, 12:11pm | Brazil (404-893-8714) | Scorza (470-850-0859) | Ok |
| 9/25/2023, 12:11pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Dats what part y'all in ? |
| 9/25/2023, 12:18pm | Brazil (404-893-8714) | Scorza (470-850-0859) | Image: AirBNB details |
| 9/25/2023, 12:20pm | Scorza (470-850-0859) | Brazil (404-893-8714) | I think y'all like a hour from Des Moines |
| 9/25/2023, 12:23pm | Brazil (404-893-8714) | Scorza (470-850-0859) | Like 2 hours |
| 9/25/2023, 12:24pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Y'all coming too get me from there ? |
| 9/25/2023, 12:24pm | Brazil (404-893-8714) | Scorza (470-850-0859) | Ya |
| 9/25/2023, 12:24pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Ight bet |
| 9/25/2023, 5:46pm | Scorza (470-850-0859) | Brazil (404-893-8714) | How far you is gang |
| 9/27/2023, 1:42pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Image: Wildside Bail Bonds, Cedar Rapids |
| 9/27/2023, 1:45pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Image: First Priority Bail Bonds, Iowa City |
| 9/27/2023, 2:00pm | Scorza (470-850-0859) | Brazil (404-893-8714) | Image: AAA Lederman Bail Bonds, Newton |

9. It was further part of the conspiracy that defendants, DEMONTE TEQUIS BRAZIL and KARL ANDRE DIEUDONNE, and other individuals rented vehicles and/or Airbnbs to facilitate the collection of payment from the victims.

10. It was further part of the conspiracy that defendants, DEMONTE TEQUIS BRAZIL, KARL ANDRE DIEUDONNE, ANTHONY CORTEZ JONES, and GREGORY LAMAR SCORZA, traveled to cities across the United States, including in the Southern District of Iowa to collect proceeds from victims who believed they were making payment(s) to avoid being arrested, and/or to transport and/or deposit said proceeds.

This is in violation of Title 18, United States Code, Section 1349.

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

Upon conviction for the offense in violation of 18 U.S.C. § 1349 as set out in Count 1 of this Indictment, the defendants, RUSSELL TAFRON WEATHERSPOON, KARL ANDRE DIEUDONNE, DEMONTE TEQUIS BRAZIL, ANTHONY CORTEZ JONES, and GREGORY LAMAR SCORZA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(D)(iv) and 28 U.S.C. § 2461(c), any property real or personal, which constitutes or is derived from proceeds traceable to the offense to include the sum of United States currency of $58,825, more or less.

This is pursuant to Title 18 United States Code, Section 981(a)(1)(D) and Title 28 United States Code Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney